UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY GOODEN,<br><br>    Petitioner,<br><br>    v.<br><br>TRACY JOHNSON,<br><br>    Respondent. | Case No. 2:24-cv-02648-DDP-PD<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for a Writ of Habeas Corpus, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report were filed.

The Court accepts and adopts the findings and recommendation of the Magistrate Judge.

1     IT IS THEREFORE ORDERED that Judgment be entered (1) denying
2 the Petition for a Writ of Habeas Corpus; and (2) dismissing this action with
3 prejudice.
4
5
6 Dated: May 5, 2025
7
8                               HONORABLE DEAN D. PREGERSON
                              UNITED STATES DISTRICT JUDGE